IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sleep Number Corporation, | No. CV-23-02376-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Omri Shalom, et al., | |
| Defendants. | |

Plaintiff has been advised on two occasions that it must fill out and submit the required forms for submission to the Patent and Trademark Office and/or Copyright Office. (Docs. 5 and 11). Plaintiff has failed to return the form or file a notice indicating the reason the form is not necessary. Therefore,

**IT IS ORDERED** that Plaintiff appear to show cause why Plaintiff should not be held in contempt for failure to comply with this Court's order on **February 14, 2024 at 9:00 a.m.** (15 minutes allowed).

The hearing may be vacated if Plaintiff complies with the Court's previous orders within 14 days of the date of this Order.

Dated this 16th day of January, 2024.

Honorable Susan M. Brnovich
United States District Judge