**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**

Justin D. Balser, Bar No. 027850
justin.balser@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:   949.622.2700
Facsimile:   949.622.2739

Ben Lewis Wagner, Cal. Bar No. 243594
*Admitted pro hac vice*
ben.wagner@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:   858.509.6000
Facsimile:   858.509.6040

Bryan M. Rizza, Mass. Bar No. 709957
*pro hac vice forthcoming*
bryan.rizza@troutman.com
High Street Tower
125 High St, 19th Floor
Boston, MA 02110
Telephone:   617.204.5100

Attorneys for Plaintiff
SLEEP NUMBER CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SLEEP NUMBER CORPORATION, a Minnesota Corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>OMRI SHALOM, an individual; SILVER SCOPE MEDIA LTD., a UK private limited company; DOES 1-5,<br><br>                     Defendants. | Case No. 2:23-cv-02376-SMB<br><br>Hon. Susan M. Brnovich<br><br>**NOTICE OF FILING - COPYRIGHT, TRADEMARK OR PATENT INFORMATION**<br><br>**[RELATED CASE: 2:23-CV-00377-PHX-MTL]** |

167849388

Pursuant to the Court's Orders at Dkts. 5, 11, and 12, please take notice that neither Form AO120 (Report on the Filing or Determination of an Action Regarding a Patent or Trademark) or Form AO121 (Report on the Filing or Determination of an Action or Appeal Regarding a Copyright) are necessary to be filed in this case as 15 USC § 1116 only requires a notice where the case is one "involving a mark registered under the provisions of this chapter" and Beds.com is not a registered mark.

Dated: January 25, 2024

Respectfully Submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: s/*Ben L. Wagner*
    Justin D. Balser
    Ben L. Wagner
    Attorneys for Plaintiff
    Sleep Number Corporation

167849388